1  [PURSUANT TO LOCAL RULE 3-4(a)(1),
   NAMES AND ADDRESSES OF COUNSEL AND
2  NAMES OF PARTIES APPEAR ON
   SIGNATURE PAGE]
3

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANASONIC CORPORATION OF NORTH AMERICA (formerly known as MATSUSHITA ELECTRIC CORPORATION OF AMERICA) and MATSUSHITA ELECTRICAL INDUSTRIAL CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> PATRIOT SCIENTIFIC CORPORATION, CHARLES H. MOORE, TECHNOLOGY PROPERTIES LIMITED, INC., and DANIEL E. LECKRONE, <br><br> Defendants. | Case No. C 05-4844 CRB <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiffs Panasonic Corporation of North America and Matsushita Electrical Industrial Co., Ltd., and defendants Patriot Scientific Corporation, Charles H. Moore, Technology Properties Limited Inc. and Daniel E. Leckrone (collectively "defendants") hereby stipulate to extend time to and including January 4, 2006, for defendants to file their answers or otherwise respond to plaintiffs' complaint.

In accordance with Civil L.R. 6-1(a), this extension will not alter the date of any event or deadline already fixed by Court order.

/ / /

/ / /

1  IT IS SO STIPULATED.

2

3  DATED: December 20, 2005

4  Jan. 3, 2006

WEIL, GOTSHAL & MANGES LLP

[APPROVED seal — Judge Charles R. Breyer, United States District Court, Northern District of California]

By: /s/*Jason D. Kipnis*
    Jason D. Kipnis (State Bar No. 168271)
    Perry Clark (State Bar No. 197101)
    201 Redwood Shores Parkway
    Redwood Shores, CA  94065
    Tel:   (650) 802-3000
    Fax:  (650) 802-3100
    Email:  Jason.kipnis@weil.com

    Steven Alan Reiss (*pro hac vice* pending)
    David J. Lender (*pro hac vice* pending)
    Matthew Antonelli (*pro hac vice* pending)
    767 Fifth Avenue
    New York, NY  10153
    Tel:   (212) 310-8000
    Fax:  (212) 310-8007
    Email:  steven.reiss@weil.com

*Attorneys for Plaintiffs Panasonic Corporation of North America and Matsushita Electrical Industrial Co., Ltd.*

TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/*Eric P. Jacobs*
    Roger L. Cook (State Bar No. 55208)
    Eric P. Jacobs (State Bar No. 88413)
    Iris Sockel Mitrakos (State Bar No. 190162)
    Two Embarcadero Center, 8th Floor
    San Francisco, California  94111
    Tel:   (415) 576-0200
    Fax:  (415) 576-0300
    Email:  rlcook@townsend.com
           epjacobs@townsend.com
           ismitrakos@townsend.com

*Attorneys for Defendants Technology Properties Limited Inc. and Daniel E. Leckrone*