1  [PURSUANT TO LOCAL RULE 3-4(a)(1),
   NAMES AND ADDRESSES OF COUNSEL AND
2  NAMES OF PARTIES APPEAR ON
   SIGNATURE PAGE]
3

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANASONIC CORPORATION OF NORTH AMERICA (formerly known as MATSUSHITA ELECTRIC CORPORATION OF AMERICA) and MATSUSHITA ELECTRICAL INDUSTRIAL CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>PATRIOT SCIENTIFIC CORPORATION, CHARLES H. MOORE, TECHNOLOGY PROPERTIES LIMITED, INC., and DANIEL E. LECKRONE,<br><br>Defendants. | Case No. C 05-4844 CRB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

   Plaintiffs Panasonic Corporation of North America and Matsushita Electrical Industrial Co., Ltd., and defendants Patriot Scientific Corporation, Charles H. Moore, Technology Properties Limited Inc. and Daniel E. Leckrone (collectively "defendants") hereby stipulate to extend time to and including January 4, 2006, for defendants to file their answers or otherwise respond to plaintiffs' complaint.

   In accordance with Civil L.R. 6-1(a), this extension will not alter the date of any event or deadline already fixed by Court order.

/ / /

/ / /

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | |
| 3 | DATED:  December 20, 2005 |

|  |  |
|---|---|
| | WEIL, GOTSHAL & MANGES LLP |
| Jan. 04, 2006 | By: /s/*Jason D. Kipnis* |
| | Jason D. Kipnis (State Bar No. 168271) |
| | Perry Clark (State Bar No. 197101) |
| | 201 Redwood Shores Parkway |
| | Redwood Shores, CA  94065 |
| | Tel:     (650) 802-3000 |
| | Fax:    (650) 802-3100 |
| | Email:  Jason.kipnis@weil.com |
| | |
| | Steven Alan Reiss (*pro hac vice* pending) |
| | David J. Lender (*pro hac vice* pending) |
| | Matthew Antonelli (*pro hac vice* pending) |
| | 767 Fifth Avenue |
| | New York, NY  10153 |
| | Tel:     (212) 310-8000 |
| | Fax:    (212) 310-8007 |
| | Email:  steven.reiss@weil.com |
| | |
| | *Attorneys for Plaintiffs Panasonic Corporation of North America and Matsushita Electrical Industrial Co., Ltd.* |
| | |
| | TOWNSEND AND TOWNSEND AND CREW LLP |
| | |
| | By: /s/*Eric P. Jacobs* |
| | Roger L. Cook (State Bar No. 55208) |
| | Eric P. Jacobs (State Bar No. 88413) |
| | Iris Sockel Mitrakos (State Bar No. 190162) |
| | Two Embarcadero Center, 8th Floor |
| | San Francisco, California  94111 |
| | Tel:     (415) 576-0200 |
| | Fax:    (415) 576-0300 |
| | Email:  rlcook@townsend.com |
| | epjacobs@townsend.com |
| | ismitrakos@townsend.com |
| | *Attorneys for Defendants Technology Properties Limited Inc. and Daniel E. Leckrone* |

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — APPROVED, Judge Charles R. Breyer]