[PURSUANT TO LOCAL RULE 3-4(a)(1), NAMES AND ADDRESSES OF COUNSEL AND NAMES OF PARTIES APPEAR ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PANASONIC CORPORATION OF NORTH AMERICA (formerly known as MATSUSHITA ELECTRIC CORPORATION OF AMERICA) and MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>PATRIOT SCIENTIFIC CORPORATION, CHARLES H. MOORE, TECHNOLOGY PROPERTIES LIMITED, INC., and DANIEL E. LECKRONE,<br><br>　　　　Defendants | Case No. C05-04844 MJJ<br><br>**JOINT STIPULATION AND [███████] ORDER FOR DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and (c), Declaratory Judgment Plaintiffs Matsushita Electric Industrial Co., Ltd. ("Matsushita") and Panasonic Corporation of North America ("Panasonic") and Defendants Technology Properties Limited ("TPL"), Patriot Scientific Corporation ("Patriot"), Daniel E. Leckrone ("Leckrone") and Charles H. Moore ("Moore") (collectively, "the Parties"), having resolved the issues between them, hereby stipulate and agree, through their respective counsel, that this lawsuit shall be dismissed without prejudice, with each party bearing its own costs and attorneys' fees.

Respectfully submitted,

December 17, 2007

TOWNSEND and TOWNSEND and CREW LLP

By: /s/ Roger L. Cook
Roger L. Cook (State Bar No. 55208)
Eric P. Jacobs (State Bar No. 88413)
Iris Sockel Mitrakos (State Bar No. 190162)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Tel: (415) 576-0200
Fax: (415) 576-0300
Email: rlcook@townsend.com
epjacobs@townsend.com
ismitrakos@townsend.com
*Attorneys for Defendants Technology Properties Ltd., Charles H. Moore, and Daniel E. Leckrone*

December 17, 2007

POST KIRBY NOONAN & SWEAT LLP

By: /s/ Charles Hoge
Charles Hoge (State Bar No. 110696)
600 West Broadway, Suit e1100
San Diego, CA 92101
Tel: 619-231-8666
Email: hoge@pkns.com
*Attorneys for Defendant Patriot Scientific Corporation*

| | | |
|---|---|---|
| 1 | December 17, 2007 | WEIL GOTSHAL & MANGES |
| 2 | | |
| 3 | | By: /s/ David J. Lender |
| | | David J. Lender |
| 4 | | 767 Fifth Avenue |
| | | New York, NY  10153 |
| 5 | | Tel:  212-310-8000 |
| | | Email:  david.lender@weil.com |
| 6 | | |
| | | Jason D. Kipnis |
| 7 | | 201 Redwood Shores Parkway |
| | | Redwood Shores, CA  94065 |
| 8 | | Tel:  650-802-3000 |
| | | E-mail:  Jason.kipnis@weil.com |
| 9 | | *Attorneys for Matsushita Electric Industrial Co., Ltd.* |
| 10 | | *and Panasonic Corporation of North America* |

IT IS SO ORDERED.

         January 30, 2008
DATED: ~~November ___, 2007~~        By: _____/s/ Martin J. Jenkins_____
                                        The Honorable Judge Martin J. Jenkins

**GENERAL ORDER 45 ATTESTATION**

I, Roger L. Cook, am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL.  In compliance with General Order 45, X.B., I hereby attest that Charles T. Hoge and David J. Lender have concurred in this filing..

/s/ Roger L. Cook

**JOINT STIPULATION AND [▮▮▮▮▮▮▮▮] ORDER FOR DISMISSAL**
CASE NOS. C 4844 MJJ